IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, Darwin

Printed: 12/10/08

Case Number: 04 B 43503
Judge: Wedoff, Eugene R
Filed: 11/23/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 30, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,406.00 |  |
| Secured: |  | 21,931.63 |
| Unsecured: |  | 4,472.16 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 1,552.21 |
| Other Funds: |  | 750.00 |
| Totals: | 30,406.00 | 30,406.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Resources, P C | Administrative | 1,700.00 | 1,700.00 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Secretary Of Housing And Urban Developmt | Secured | 0.00 | 0.00 |
| 5. | Island One Inc | Secured | 0.00 | 0.00 |
| 6. | Midfirst Bank | Secured | 3,773.50 | 617.21 |
| 7. | Chicago Patrolmen's Fed Credit Union | Secured | 13,968.85 | 13,968.85 |
| 8. | Chicago Patrolmen's Fed Credit Union | Secured | 6,797.66 | 6,797.66 |
| 9. | City Of Chicago | Secured | 547.91 | 547.91 |
| 10. | Chicago Patrolmen's Fed Credit Union | Unsecured | 439.29 | 1,992.06 |
| 11. | Chicago Patrolmen's Fed Credit Union | Unsecured | 197.30 | 894.69 |
| 12. | Commonwealth Edison | Unsecured | 72.47 | 328.56 |
| 13. | Peoples Energy Corp | Unsecured | 1,042.26 | 0.00 |
| 14. | SBC | Unsecured | 57.64 | 261.36 |
| 15. | Chicago Patrolmen's Fed Credit Union | Unsecured | 30.90 | 140.10 |
| 16. | City Of Chicago | Unsecured | 1.07 | 4.87 |
| 17. | Resurgent Capital Services | Unsecured | 123.81 | 561.46 |
| 18. | Resurgent Capital Services | Unsecured | 63.74 | 289.06 |
| 19. | Ameritech | Unsecured |  | No Claim Filed |
| 20. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 21. | Card Processing Center | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago | Unsecured |  | No Claim Filed |
| 23. | La Rabida Children's Hospital | Unsecured |  | No Claim Filed |
| 24. | Sherman Acquisition | Unsecured |  | No Claim Filed |
| 25. | Providian | Unsecured |  | No Claim Filed |
| 26. | Providian | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Butler, Darwin

Printed: 12/10/08

Case Number: 04 B 43503
Judge: Wedoff, Eugene R
Filed: 11/23/04

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 28. | University of Chicago | Unsecured | | No Claim Filed |
| 29. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 30. | Washington Mutual Bank FA | Unsecured | | No Claim Filed |
| 31. | Midwest Oral Reconstruction | Unsecured | | No Claim Filed |
| | | | $ 28,816.40 | $ 28,103.79 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 8.32 |
| 4% | 83.61 |
| 3% | 42.29 |
| 5.5% | 433.29 |
| 5% | 105.00 |
| 4.8% | 201.60 |
| 5.4% | 678.10 |
| | $ 1,552.21 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

